GEORGE WILKINSON, RECEIVER OF THE NEWARK SAV-
INGS INSTITUTION, v. ANDREW LEMASSINA, Jr.

The case of *Morris* v. *Carter*, 17 *Vroom* 260, approved and followed.

---

On demurrer to plea.

Argued at June Term, 1888, before BEASLEY, CHIEF JUSTICE, and Justices KNAPP, MAGIE and GARRISON.

For the plaintiff, *George W. Hubbell.*

For the defendant, *Edward Q. Keasbey.*

The opinion of the court was delivered by

GARRISON, J.   The precise point raised by this demurrer is decided by *Morris* v. *Carter,* 17 *Vroom* 260.   We see no reason for doubting the correctness of the decision there reached. The demurrer will therefore be sustained.

```
51   62
51  322
51  456

51   62
52  190
52  402
52  537

51   62
53  281

51   62
54  123
54  159

51   62
55   80

51   62
60   42
60  113
60  527
60  538
60  541

51   62
61   21
61  487

51   62
62  587

51   62
64   22

51   62
65  275

51   62
66  207
66  208
66  210
66  595
```